Magistrate Judge Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TRAVIS WAYNE BAKER,

    Defendant.

NO.   05-5221M

ORDER TO DISMISS COMPLAINT AND QUASH ARREST WARRANT

Based on the Motion brought by the government, it is hereby

ORDERED

The criminal complaint against TRAVIS WAYNE BAKER, is hereby dismissed, and FURTHER, the arrest warrant for TRAVIS WAYNE BAKER is herein QUASHED.

DATED this 13th day of December, 2005.

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/Carl Blackstone
CARL BLACKSTONE
Assistant United States Attorney

ORDER FOR DISMISSING COMPLAINT/BAKER - 1
05-5221M

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970